■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK WITHERSPOON, Appellant. [751 NYS2d 387] —Appeal by the defendant from a judgment of the Supreme, Kings County (Ruchelsman, J.), rendered June 5, 2000, convicting him of criminal sale of a controlled substance in or near school grounds, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that certain comments by the prosecutor during summation were improper is unpreserved for appellate review (*see People v Hunte,* 276 AD2d 717). In any event, the prosecutor's summation does not require reversal (*see People v Hunte, supra; People v Lawson,* 275 AD2d 721).

The defendant's remaining contention is without merit. Ritter, J.P., Santucci, Goldstein and Mastro, JJ., concur. [*See* 186 Misc 2d 62.]